PEARL T. HOFFMAN, Respondent, v. BERT SKINNER, Appellant.— Orders reversed on the law and facts and verdict reinstated, with costs in all courts, on the ground that a fair question of fact was presented for the jury and it cannot be said that the verdict was against the weight of the evidence. All concur, except Crosby, J., not voting.

IRVING G. ROWLEY, Respondent, v. ERNEST REYNOLDS and Another, Appellants.— Judgment and order reversed on the law and the facts and defendants' motion for a directed verdict granted, with costs.

In the Matter of the Application of E. A. MIXER and Others for a Judicial Determination of Questions Arising under a Petition Requesting a Referendum against the VILLAGE OF FRANKFORT and Others.*— Motion for a reargument granted and upon the reargument the order of reversal entered March 15, 1933, is modified by striking out the statement that the contract for the purchase of the engines and equipment contravenes the Village Law and is invalid, and further by stating that all concurred. [See 239 App. Div. 758.]

UTICA GAS AND ELECTRIC COMPANY, Respondent, v. C. LESTER MERRY and Others, as Trustees of the Village of Frankfort, Herkimer County, N. Y., and Others, Appellants.†— Motion for a reargument granted and upon such reargument the order of affirmance entered March 15, 1933, is vacated and the orders appealed from are reversed, with ten dollars costs and disbursements and the motion of the defendants to dismiss the complaint is granted, with ten dollars costs. [See 239 App. Div. 751.]

MARY McCLUNG PARDEE and M. AND T. TRUST COMPANY, as Executors, etc., of JESSE HOMAN PARDEE, Deceased, Appellants, v. MUTUAL BENEFIT LIFE INSURANCE COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

JAMES G. TREMAINE, Respondent, v. WILLIAM P. HAINES, Appellant.— Motion for reargument denied, with ten dollars costs.

LE ROY C. PITCHER and Another, Respondents, v. JOHN M. SUTTON, Appellant.— Order of reversal amended so as to include a finding of fact that the plaintiffs severally had actual knowledge of the alleged facts claimed to constitute the alleged fraud complained of more than six years before the commencement of the action. Edgcomb, J., not sitting. [See 238 App. Div. 291; ante, p. 754.]

In the Matter of the Estate of NICHOLAS BOCHINO, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

CO-OPERATIVE FIRE INSURANCE COMPANY OF WYOMING AND GENESEE COUNTIES, Respondent, v. L. SONNEBORN SONS, INCORPORATED, Appellant, and RIB-STONE CONCRETE CORPORATION, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

GENESEE COUNTY PATRONS FIRE RELIEF ASSOCIATION, Respondent, v. L. SONNEBORN SONS, INCORPORATED, Appellant, and RIB-STONE CONCRETE CORPORATION, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.